UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PATRICIA KENNEDY, Individually, :
:
      Plaintiff, :
:
v. : Case No. 1:20-cv-1134-SLD-JEH
:
KABIR PRAMUKH MACOMB :
HOSPITALITY LLC d/b/a QUALITY INN :
MACOMB, an Illinois Limited Liability :
Company, :
:
      Defendant. :
_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, PATRICIA KENNEDY, and, pursuant to Rule 41(a)(1)(A)(i), *Fed.R.Civ.P.*, hereby files this Notice of Voluntary Dismissal Without Prejudice, and states:

1. Plaintiff filed this action on April 1, 2020. *See* Doc. 1.

2. Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides:

> (a) Voluntary Dismissal
>
>> (1) By the Plaintiff
>>
>>> (A) Without a Court Order. Subject to [certain Rules and statutes inapplicable here], the plaintiff may dismiss an action without a court order by filing:
>>>
>>>> (i) a notice of dismissal before the opposing party serves an answer or a motion for summary judgment . . . .

Fed. R. Civ. P. 41(a)(1)(A)(i).

3. As of the date of this filing, Defendant, KABIR PRAMUKH MACOMB HOSPITALITY LLC d/b/a QUALITY INN MACOMB, has not filed an answer or a motion for summary judgment.

4. Plaintiff therefore files this Notice of Voluntary Dismissal Without Prejudice.

WHEREFORE Plaintiff and her counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice against Defendant.

### **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this May 11, 2022.

Respectfully submitted,

Attorney for Plaintiff(s):

By: /s/ Kimberly A. Corkill, Esq.

Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
7 N. Coyle Street
Pensacola, FL 32502
ph. 850-375-3475
fx 877-828-4446
kimberlyatlaw@gmail.com
Florida Bar Id. No. 84942

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (850)375-3475
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 139262